JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER JENSEN, an individual | ) Case No.: 2:12-cv-04833-SVW-PLA |
| Plaintiff, | ) **ORDER ON STIPULATION TO DISMISS THE ENTIRE ACTION PURSUANT TO FRCP 41(a)(1)(A)(ii)** |
| vs. | ) |
| LUMBER LIQUIDATORS, a Delaware corporation; and DOES 1 through 10, inclusive, | ) Date:       No Hearing Required<br>) Time:       No Hearing Required<br>) Courtroom:   Courtroom 6 - 2nd Floor,<br>)             312 North Spring Street<br>)             Los Angeles<br>)             California 90012 |
| Defendants. | ) |
| | ) Trial Date:      January 13, 2013<br>) Complaint filed:   June 1, 2012 |

Based on the Stipulation to Dismiss by and between Plaintiff Jennifer Jensen and Defendant Lumber Liquidators, Inc., for good cause shown, IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. The above-captioned case against Lumber Liquidators, Inc. is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with the parties to bear their own respective costs and attorneys' fees.

Dated: December 12, 2012

_____

Hon. Stephen V. Wilson
United States District Judge

ORDER RE: STIP. TO DISMISS ACTION
WITH PREJUDICE PURSUANT TO FRCP
41(a)(1)(A)(ii)